UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

JON CHRISTOPHER WILLIAMS

Case No. 3:26-cr-164-JEP-SJH
26 U.S.C. §§ 7201,
7202, and 7212(a)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
**(Attempting to Evade and Defeat Individual Income Tax due for 2020)**

### A. Introduction

At all times material to this Indictment:

1.     The defendant, JON CHRISTOPHER WILLIAMS, was a resident of the Middle District of Florida.

2.     The defendant was a dentist with a practice in Jacksonville Beach, in the Middle District of Florida.

3.     The defendant registered J. Christopher Williams, DMD, P.A. with the state of Florida as a for-profit corporation in or about June 1999. The defendant was listed as the registered agent and the only officer/director of the corporation. The defendant voluntarily dissolved the corporation in or about September 2014.

4. The defendant obtained an Employer Identification Number ("EIN") from the Internal Revenue Service in or about August 1999.

5. The defendant owned 100% of the business and exercised control over every aspect of the business.

6. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury with responsibility for the ascertainment, computation, assessment, and collection of revenue, including individual income taxes and corporate income taxes.

7. A Form 1040, U.S. Individual Income Tax Return, is an IRS form that is used to report an individual's income, exemptions, deductions, credits, taxes, taxes paid, and other financial information and to determine the amount of taxes owed by the individual to the IRS or the refund due to the individual from the IRS.

8. The defendant filed Forms 1040 with the IRS for the tax years 2002 through 2012.

9. For the tax years 2013 and 2014, the defendant submitted requests to the IRS for extensions of time to file his tax returns but never filed any returns for those years.

10. The defendant did not file a Form 1040 or any other individual tax return with the IRS for any tax year after 2012.

2

11. An S corporation is a corporation that elects to pass corporate income, losses, deductions, and credits through to its shareholders for federal tax purposes. If a corporation meets the IRS requirements to be treated as an S corporation, shareholders of the S corporation report the flow-through of income and losses on their personal tax returns and are assessed tax at their individual income tax rates. This treatment allows an S corporation to avoid double taxation on corporate income.

12. A Form 1120S, U.S. Income Tax Return for an S Corporation, is an IRS form that is used to report the corporation's income, gains, losses, deductions, credits, and other matters relevant to income tax.

13. The defendant filed Forms 1120S for his business with the IRS for the tax years 2002 through 2012.

14. For the tax year 2013, the defendant submitted a request to the IRS for an extension of time to file the Form 1120S but never filed a return for that year.

15. The defendant did not file a Form 1120S or any other business tax return with the IRS for any tax year after 2012.

16. For the tax years of 2020 through 2023, the defendant failed to report gross income from his business totaling approximately $3,371,657.

17. For the tax years of 2020 through 2023, the defendant failed to pay income taxes due and owing to the IRS totaling approximately $1,079,136.

### B. Charge

In or about the year 2020, in the Middle District of Florida, and elsewhere, the defendant,

JON CHRISTOPHER WILLIAMS,

a resident of the Middle District of Florida, received taxable income upon which there was income tax due and owing to the United States of America and, knowing the foregoing and failing to make an income tax return on or before April 15, 2021, as required by law, to any proper officer of the Internal Revenue Service and to pay the tax due to the Internal Revenue Service, willfully attempted to evade and defeat income tax due and owing by him to the United States for the calendar year 2020 by committing the following affirmative acts, among others:

1. On or about February 3, 2020, the defendant used a check drawn on a business bank account to pay approximately $8,414 in property taxes on his personal residence.

2. During 2020, the defendant paid a total of approximately $28,410 from a business bank account for his children's school tuition and other expenses.

4

3.    During 2020, the defendant paid a total of approximately $12,933 from a business bank account for personal travel.

In violation of 26 U.S.C. § 7201.

## COUNT TWO
**(Attempting to Evade and Defeat Individual Income Tax due for 2021)**

### A. Introduction

Part A of Count One of this Indictment is realleged and incorporated by reference as if fully set forth herein.

### B. Charge

In or about the year 2021, in the Middle District of Florida, and elsewhere, the defendant,

JON CHRISTOPHER WILLIAMS,

a resident of Jacksonville, Florida, received taxable income upon which there was income tax due and owing to the United States of America and, knowing the foregoing and failing to make an income tax return on or before April 15, 2022, as required by law, to any proper officer of the Internal Revenue Service and to pay the tax due to the Internal Revenue Service, willfully attempted to evade and defeat income tax due and owing by him to the United States for the calendar year 2021 by committing the following affirmative acts, among others:

5

1. Between on or about June 6, 2021, and on or about June 21, 2021, the defendant paid a total of approximately $310,971 from a business bank account to purchase a residence.

2. During 2021, the defendant paid a total of approximately $64,817 from a business bank account for his children's school tuition and other expenses.

3. During 2021, the defendant paid a total of approximately $49,751 from a business bank account for personal travel.

In violation of 26 U.S.C. § 7201.

## COUNT THREE
**(Attempting to Evade and Defeat Individual Income Tax due for 2022)**

### A. Introduction

Part A of Count One of this Indictment is realleged and incorporated by reference as if fully set forth herein.

### B. Charge

In or about the year 2022, in the Middle District of Florida, and elsewhere, the defendant,

JON CHRISTOPHER WILLIAMS,

a resident of Jacksonville, Florida, received taxable income upon which there was income tax due and owing to the United States of America and, knowing the

6

foregoing and failing to make an income tax return on or before April 15, 2023, as required by law, to any proper officer of the Internal Revenue Service and to pay the tax due to the Internal Revenue Service, willfully attempted to evade and defeat income tax due and owing by him to the United States for the calendar year 2022 by committing the following affirmative acts, among others:

1. On or about February 11, 2022, the defendant's spouse used a check drawn on a business bank account to pay approximately $9,275 to a carpet company for carpeting at a residence.

2. On or about April 1, 2022, the defendant's spouse used a check drawn on a business bank account to pay approximately $9,275 to a carpet company for carpeting at a residence.

3. During 2022, the defendant paid a total of approximately $34,768 from a business bank account for his children's school tuition and other expenses.

4. During 2022, the defendant paid a total of approximately $61,902 from a business bank account for personal travel.

In violation of 26 U.S.C. § 7201.

## COUNT FOUR
### (Attempting to Evade and Defeat Individual Income Tax due for 2023)

### A. Introduction

Part A of Count One of this Indictment is realleged and incorporated by reference as if fully set forth herein.

### B. Charge

In or about the year 2023, in the Middle District of Florida, and elsewhere, the defendant,

**JON CHRISTOPHER WILLIAMS,**

a resident of Jacksonville, Florida, received taxable income upon which there was income tax due and owing to the United States of America and, knowing the foregoing and failing to make an income tax return on or before April 15, 2024, as required by law, to any proper officer of the Internal Revenue Service and to pay the tax due to the Internal Revenue Service, willfully attempted to evade and defeat income tax due and owing by him to the United States for the calendar year 2023 by committing the following affirmative acts, among others:

1. On or about August 16, 2023, the defendant used a check drawn on a business bank account to pay approximately $41,476 to a plumbing company for upgraded plumbing at his personal residence.

2. During 2023, the defendant paid a total of approximately $21,679 from a business bank account for his children's school tuition and other expenses.

3. During 2023, the defendant paid a total of approximately $61,339 from a business bank account for personal travel.

In violation of 26 U.S.C. § 7201.

## COUNTS FIVE THROUGH FIFTEEN
### (Failure to Truthfully Account for and Pay Over Payroll Taxes)

### A. Introduction

At all times material to this Indictment:

1. The defendant, JON CHRISTOPHER WILLIAMS, was a resident of the Middle District of Florida.

2. The defendant was a dentist with a practice in Jacksonville Beach, in the Middle District of Florida.

3. The defendant registered J. Christopher Williams, DMD, P.A. with the state of Florida as a for-profit corporation in or about June 1999. The defendant was listed as the registered agent that the only officer/director of the corporation. The defendant voluntarily dissolved the corporation in or about September 2014.

4.    The defendant obtained an Employer Identification Number ("EIN") from the Internal Revenue Service in or about August 1999.

5.    The defendant owned 100% of the business and exercised control over every aspect of the business.

6.    The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury with responsibility for the ascertainment, computation, assessment, and collection of revenue, including individual income taxes.

7.    "Federal income tax withheld" is money that is deducted from income payments by the payer of the income and deposited with the IRS to cover the tax that is expected to be assessed on the income for the tax year in which the income is paid.  Withholding reduces the amount of tax an individual must pay, or results in a refund if more tax is withheld than is due, when the individual files the individual's annual tax return.

8.    The defendant was required to withhold taxes from his employees' wages, including federal income taxes and Federal Insurance Contributions Act ("FICA") (Social Security and Medicare) taxes (hereinafter collectively "payroll taxes").  FICA taxes are split evenly between the employee and the employer; that is, the employee pays 50% and the employer pays 50%.

9.    An Employer's Quarterly Federal Income Tax Return (Form 941) is return that an employer must file with the IRS each quarter that sets forth the total amount of wages and other compensation the employer paid that are subject to withholding, the total amount of federal income tax withheld, the total amount of FICA taxes withheld, the total amount of FICA taxes to be paid by the employer, and the total tax deposits made by the employer. The taxes are due to the IRS on the last day of the month following the end of the quarter.

10.    The defendant was a "responsible person," that is, he had the corporate responsibility to file a Form 941 for each quarter accurately reflecting the payroll taxes due for the quarter and to collect and pay over the payroll taxes.

11.    The defendant filed Forms 941 for his business with the IRS for the first quarter of 2008 through the fourth quarter of 2013 and fully paid the associated taxes due to the IRS.

12.    The defendant did not file a Form 941 for any quarter after the fourth quarter of 2013.

13.    For the period of the second quarter of 2020 ending on June 30, 2020, through the fourth quarter of 2022 ending on December 31, 2022, the defendant failed to report and pay over to the IRS payroll taxes totaling approximately $133,360.

11

B. Charge

From on or about July 31, 2020, through on or about January 31, 2023, in the Middle District of Florida, and elsewhere, the defendant,

JON CHRISTOPHER WILLIAMS,

willfully failed to truthfully account for and pay over FICA taxes and federal income taxes due and owing to the United States on behalf of his business and its employees, for each of the following quarters in the approximate amounts below, with each calendar quarter constituting a separate count:

| Count | Quarter Ending | Tax Payment Due | Amount Due |
|---|---|---|---|
| FIVE | June 30, 2020 | July 31, 2020 | $9,231 |
| SIX | September 30, 2020 | October 31, 2020 | $10,862 |
| SEVEN | December 31, 2020 | January 31, 2021 | $13,176 |
| EIGHT | March 31, 2021 | April 30, 2021 | $10,729 |
| NINE | June 30, 2021 | July 31, 2021 | $13,082 |
| TEN | September 30, 2021 | October 31, 2021 | $12,334 |
| ELEVEN | December 31, 2021 | January 31, 2022 | $15,720 |
| TWELVE | March 31, 2022 | April 30, 2022 | $13,846 |
| THIRTEEN | June 30, 2022 | July 31, 2022 | $15,615 |
| FOURTEEN | September 30, 2022 | October 31, 2022 | $15,855 |
| FIFTEEN | December 31, 2022 | January 31, 2023 | $2,910 |

All in violation of 26 U.S.C. § 7202.

## COUNT SIXTEEN
### (Endeavoring to Obstruct and Impede the Administration of the Internal Revenue Laws)

#### A. Introduction

At all times material to this Indictment:

1.    The defendant, JON CHRISTOPHER WILLIAMS, was a resident of the Middle District of Florida.

2.    The defendant was a dentist with a practice in Jacksonville Beach, in the Middle District of Florida.

3.    The defendant registered J. Christopher Williams, DMD, P.A. with the state of Florida as a for-profit corporation in or about June 1999. The defendant was listed as the registered agent and the only officer/director of the corporation. The defendant voluntarily dissolved the corporation in or about September 2014.

4.    The defendant obtained an Employer Identification Number ("EIN") from the Internal Revenue Service in or about August 1999.

5.    The defendant owned 100% of the business and exercised control over every aspect of the business.

6.    The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury with responsibility for the ascertainment,

13

computation, assessment, and collection of revenue, including individual income taxes.

7. A Form 1040, U.S. Individual Income Tax Return, is an IRS form that is used to report an individual's income, exemptions, deductions, credits, taxes, taxes paid, and other financial information and to determine the amount of taxes owed by the individual to the IRS or the refund due to the individual from the IRS.

8. The defendant filed Forms 1040 with the IRS for the tax years 2002 through 2012.

9. For the tax years 2013 and 2014, the defendant submitted requests to the IRS for extensions of time to file his tax returns but never filed any returns for those years.

10. The defendant did not file a Form 1040 or any other individual tax return with the IRS for any tax year after 2012.

11. In or about March 2021, the defendant was referred to IRS Criminal Investigation ("IRS-CI") for possible criminal tax violations.

12. On or about October 28, 2021, an agent with IRS-CI served a summons on the defendant at his dental practice requiring him to appear for an interview and to produce business records at the IRS-CI office on November 18, 2021.

B. Charge

From in or about October 2021 through in or about May 2024, in the Middle District of Florida, and elsewhere, the defendant,

JON CHRISTOPHER WILLIAMS,

knowing of the criminal investigation being conducted by IRS-CI did corruptly obstruct and impede, and corruptly endeavor to obstruct and impede, the due administration of the internal revenue laws by committing and causing to be committed various acts, each such act having a nexus to the criminal investigation, including but not limited to the following:

1.    On or about November 2, 2021, the defendant emailed the IRS-CI agent a letter dated October 29, 2021, in which he acknowledged receipt of the October 28, 2021, summons and of the agent's business card. In the letter, the defendant stated, among other things, the following:

> Upon receipt of these documents which have all been properly noticed and recorded on the public record I demand that you cease and desist all activities against me. Your actions are causing me harm, injury and loss. Are you aware that you, personally, can be held liable for any actions committed against me under color of law? (see 18usc242 and others)

15

2.      On or about November 11, 2021, the defendant emailed the IRS-CI agent a letter dated November 8, 2021, in which he stated, among other things, the following:

> Your actions are causing me harm, injury and loss. Are you aware that you, personally, can be held liable for any actions committed against me under color of law? (see 18usc242 and others). I wish and require that you cease and desist any and all actions against me and restore my public name and reputation.

3.      On or about November 15, 2021, the defendant emailed the IRS-CI agent a letter dated November 15, 2021, in which he stated, among other things, the following:

> The only document I am required to provide you by my "Duty to Inform" is the Foreign Sovereign Immunities Act-Mandatory Notice. I have included this once again for your convenience. As this document, which is properly recorded and unrebutted and as such is now a part of the Public Law, states you, [name of agent] are trespassing upon my property. I require you to CEASE and DESIST immediately and to right any wrongs done to me.

4.      On or about May 2, 2023, the defendant mailed the IRS-CI agent a statement entitled "Affidavit of Truth and Claim of Harm" that was addressed not only to the agent but also to the U.S. Secretary of State, the U.S. Attorney General, the U.S. Secretary of the Treasury, and the Commissioner of the IRS, in which he stated, among other things, the following:

16

I state that woman, known as [name of agent], who sometimes acts as IRS Criminal Fraud investigator, causes harm to I, by violation of her oath to uphold Constitutional rights of all to be "secure in my person, houses, papers and effects" by obtaining under Color of Law copies of papers that belong to I from banks, credit card companies, schools, insurance companies.

I state an additional Affidavit of Truth and Assertory Oath, Repudiation and Revocation of Citizenship is now properly served, noticed as unrebutted, judgmented [sic], and placed upon the public record. This affidavit has been certified as served and judgemented [sic] to the US Secretary of State, the US Attorney General, and the North Carolina Attorney General.

I say that ample opportunity has been given [name of agent] to cease and desist and return all papers taken under color of law.

I state that [name of agent] has trespassed upon my good name and caused me great harm.

I require remedy from [name of agent] and those responsible for hiring, failing to train and failing to properly supervise [first name of agent].

I require [name of agent] to pay the invoice attached in the amount of $525,000.00 to I within 30 days.

I require [name of agent] to cease and desist all activities and inquires against I, poste [sic] haste. I require an apology signed by [name of agent] for pursuing me under color of law

I state that those who are responsible for hiring, training, and supervising [name of agent] have failed in their oath to uphold the Constitution and have allowed [name of agent] to operate under color of law.

17

I require the IRS, the Internal Revenue Service, The Department of the Treasury and the Attorney General to individually pay the attached invoiced amount of $525,000.00 to I within 30 days.

I state that the IRS, the Internal Revenue Service, The Department of the Treasury and the Attorney General can avoid paying the invoices by the immediate termination of [name of agent] from her current position of employment, along with her prevention from working at any other agency of the US government.

5. On or about July 11, 2023, the defendant mailed the IRS-CI agent a document with the heading "Invoice to [name of agent] for failure to operate under her oath of office, and her abuse of power and privileges 'under color of law' causing harm to I" that demanded that the agent pay him $525,000 within 15 days.

6. On or about April 20, 2024, the defendant mailed the IRS-CI agent a 125-page packet of documents—which was purportedly also sent to the agent's supervisor, a Florida Member of Congress, Florida's two U.S. Senators, the Secretary of the Treasury, the Attorney General, the Commissioner of the IRS, and the IRS District Director in Tallahassee, Florida—with a cover document entitled "Non-Negotiable Notice of Inquiry" in which he posed the question, "Are you aware that you, and those you work with, cause harm, injury and loss to me, my coworkers, my family, my friends, and my

18

reputation?" and also stated the following (with boldfacing in the original):

Please respond within 21 days so that we may "settle this matter" A simple note from you, or your superiors, stating that I, and anyone associated with me, are no longer under investigation and that no further action will be taken against me, my coworkers, or my loved ones, as there is no evidence of any criminal intent to commit a crime, will suffice.

**FAILURE TO RESPOND** may result in Dishonor.

7. On or about April 25, 2024, the defendant mailed the IRS-CI agent a document entitled "Notice of Rescission of Affidavit of Truth and Claim of Harm and Thirty Days Late Notice for Cause" in which he stated, among other things, the following (with boldfacing in the original):

I recently became aware that the "Affidavit of Truth and Claim of Harm May 2, 2023 and Thirty days late Notice Invoice July 7, 2023" could, mistakenly, be viewed as a threat, or attempt to impede an investigation, and that was never my intent. I only wish you well, [first name of agent], and ask you to forgive me. I am truly sorry.

**I made a Mistake Creating, Signing and Presenting the original "Affidavit** of Truth and Claim of Harm May 2, 2023 and Thirty days late Notice Invoice July 7, 2023"

**Therefore**, I now repent of my sin.

8. On or about May 18, 2024, the defendant mailed the IRS-CI agent a document entitled "Notice of Dishonor"—which was purportedly

19

also sent to the agent's supervisor, a Florida Member of Congress,

Florida's two U.S. Senators, the Secretary of the Treasury, the

Attorney General, the Commissioner of the IRS, and the IRS

District Director in Tallahassee, Florida— in which he stated,

among other things, the following (with boldfacing in the original):

**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF INQUIRY**", dated Day: Twenty Month:  Four Year:  2024 CE has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

In violation of 26 U.S.C. § 7212(a).

A TRUE BILL,

Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
ARNOLD B. CORSMEIER
Assistant United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney
Chief, Jacksonville Division

20

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

### JON CHRISTOPHER WILLIAMS

## INDICTMENT

Violations:

26 U.S.C. §§ 7201, 7202, and 7212(a)

A true bill.

_____
Foreperson

Filed in open court this 30th day

of July, 2026.

_____
Clerk

Bail   $_____

GPO 863 525