# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                   Case No. 3:26-cr-164-JEP-SJH

**JON CHRISTOPHER WILLIAMS**          Defense Atty.: Mitchell A. Stone, Esq.
                                                      AUSA: Chip Corsmeier, Esq.

| JUDGE | Samuel J. Horovitz<br>U. S. Magistrate Judge | DATE AND TIME | 8/11/2026<br>4:05 p.m. – 4:27 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Barbara Rothermel | TAPE/REPORTER | Digital |
| INTERPRETER | None present | PRETRIAL/PROBATION | Daniel Dumpit |

## CLERK'S MINUTES

**PROCEEDINGS:**            **INITIAL APPEARANCE/ARRAIGNMENT**

Defendant is present with retained counsel, Mitchell A. Stone, Esquire.

Defendant arrested on an Indictment out of Jacksonville, Florida.

Defendant advised of rights and charges.

Defendant enters a plea of not guilty to Counts One through Sixteen of the Indictment.

Government to provide discovery by the end of the day on: **August 12, 2026**

Witness List/Jencks Act Material: **3 calendar days prior to trial**

Status: **September 23, 2026, at 3:00 p.m. before the Honorable Jordan E. Pratt.**

Trial: **October 5, 2026, at 9:00 a.m. before the Honorable Jordan E. Pratt.**

**Standing Order to enter.**

Government's oral motion for bond is **GRANTED**.

**Order Setting Conditions of Release to enter.**

As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the Defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny.   Not doing so in

a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

**FILED IN OPEN COURT:**
 **Notice of Acceptance of General Discovery**